1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation, AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation, and DOES 1-25,<br><br>                Defendants.<br>_____/ | CASE NO.   1:10-cv-00411-LJO-SKO<br><br>ORDER APPOINTING AGENTS FOR SERVICE OF PROCESS |

This matter came on pursuant to the Ex Parte Application of Plaintiff E. & J. Gallo Winery ("Gallo") for an Order Appointing Agents for Special Service of Process upon Defendant Agavera Camichines, S.A. de C.V. ("Agavera Camichines").  The Court having considered said Application and the Declaration of D. Greg Durbin in support thereof, and good cause appearing:

IT IS HEREBY ORDERED that Civil Action Group, doing business as APS International, Ltd. (whose address is APS International Plaza, 7800  Glenroy Road, Minneapolis, MN 55439-3122),  and the following members of the firm of Legarreta y Asociados, S.C. (whose address is Av. Picacho Ajusco No. 130-503, Col. Jardines en la Montana, C.P. 13210 Mexico D.F.):

Luis Javier Legarreta Cantú
Rafael Heres Del Valle
Fermin Rodrigo Reyes Fentanes

1  Angelina Rugarcia Codò
   Omar Sanchez Mendez, or
2  Michelle Guadalupe Avendaño Bonilla,

3  and their respective designated agents for service of process, are appointed and authorized to effect

4  service of process on Defendant Agavera Camichines in this matter.  Service shall be effected in

5  accordance with the internationally-agreed upon means in accordance with the laws of Mexico, or

6  the originating court if not otherwise prohibited by international agreement or the laws of Mexico,

7  and in a manner reasonably calculated to give notice to said Defendant.

8          IT IS HEREBY FURTHER ORDERED that the Clerk shall forthwith issue a revised

9  Summons to be served on Defendant "Agavera Camichines, S.A. de C.V." which specifies that a

10  response to the Complaint is due within ninety (90) days following service by adding the word

11  "calendar" after the number "90" and before the word "days" in the first full line on the current

12  Summons.

13

14  IT IS SO ORDERED.

15  **Dated:    May 10, 2010**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28