D. Greg Durbin, # 81749
Daniel S. Cho #260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300
Greg.Durbin@mccormickbarstow.com
Daniel.Cho@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
pharvey@harveysiskind.com
sappel@harveysiskind.com

Attorneys for Plaintiff, E. & J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A., DE C.V., a Mexico corporation, and DOES 1-25;,<br><br>              Defendants. | Case No.  1:10-CV-00411-LJO-SKO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PROXIMO SPIRITS, INC. TO RESPOND TO THE COMPLAINT; AND ORDER THEREON** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO EXTEND TIME FOR DEFENDANT PROXIMO SPIRITS, INC. TO RESPOND TO THE COMPLAINT; AND ORDER THEREON

**STIPULATION**

WHEREAS, service of the Summons, Complaint and other papers was made on Defendant PROXIMO SPIRITS, INC. ("PROXIMO SPIRITS"), on May 7, 2010;

WHEREAS, the other Defendant, AGAVERA CAMICHINES, S.A. DE C.V. is a Mexico corporation ("AGAVERA");

WHEREAS, a Notice, Request for Waiver of Summons and other papers was sent on May 20, 2010, to Lawrence E. Abelman, requesting Mr. Abelman to waive service of the Summons on AGAVERA;

WHEREAS, AGAVERA is willing to waive service of the Summons and has agreed to a response date of July 26, 2010, that is a date sooner than the deadline of ninety (90) days provided for under Rule 4(d)(3) for a defendant served outside any judicial district of the United States;

WHEREAS, PROXIMO SPIRITS and AGAVERA anticipate being represented by the same counsel in the within action and have requested that the response date for PROXIMO SPIRITS also be extended to July 26, 2010, to match the response date for AGAVERA;

WHEREAS, Plaintiff E & J GALLO WINERY ("GALLO") is willing to agree to an extension in favor of PROXIMO SPIRITS up to and including July 26, 2010, to answer or otherwise respond to the complaint, in light of the agreement for AGAVERA to waive service of the Summons with July 26, 2010 as the date to answer or otherwise respond to the complaint;

WHEREAS, under the agreement reached between counsel, both Defendants will file their answers or other response to the complaint more promptly than had PROXIMO SPIRITS filed their response at an earlier time, but AGAVERA either agreed to a waiver of service with the full ninety (90) day period allowed by Rule 4(d)(3), or insisted on service in Mexico under the Hague Convention; and

WHEREAS, GALLO and PROXIMO SPIRITS are aware that under Local Rule 144(a), the extension for PROXIMO SPIRITS agreed to herein requires the approval of the Court, and they accordingly request the Court to approve such extension.

NOW, THEREFORE, GALLO and PROXIMO SPIRITS hereby stipulate and agree through their respective counsel, and subject to the approval of the Court, that the time within which PROXIMO SPIRITS shall respond to the Complaint herein, shall be extended up to and including July 26, 2010.

Dated: June 7, 2010                                         Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
D. Greg Durbin
Daniel S. Cho

HARVEY SISKIND LLP
D. Peter Harvey
Seth I. Appel

By:      /s/ D. Greg Durbin
Attorneys for Plaintiff,
E. & J. GALLO WINERY

Dated: June 7, 2010                                         Respectfully submitted,

ABELMAN, FRAYNE & SCHWAB

Michael Aschen
Anthony Coppola

KIMBLE, MacMICHAEL & UPTON

Mark D. Miller
Marcus N. DiBuduo

By:      /s/ Mark D. Miller
Anthony Coppola
Attorneys for Defendants,
PROXIMO SPIRITS, INC. and
AGAVERA CAMICHINES, S.A. DE C.V.

IT IS SO ORDERED.

Dated:   **June 9, 2010**                          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION TO EXTEND TIME FOR DEFENDANT PROXIMO SPIRITS, INC. TO RESPOND
TO THE COMPLAINT; AND ORDER THEREON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION TO EXTEND TIME FOR DEFENDANT PROXIMO SPIRITS, INC. TO RESPOND TO THE COMPLAINT; AND ORDER THEREON