MARK D. MILLER  (CSB# 116349)
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

MICHAEL ASCHEN (admitted *pro hac vice*)
ANTHONY A. COPPOLA (admitted *pro hac vice*)
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190

Attorneys for Defendants
PROXIMO SPIRITS, INC., and
AGAVERA CAMICHINES, S.A. DE C.V.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

\* \* \*

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROXIMO SPIRITS, INC., a Delaware Corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexican corporation, and DOES 1 – 25,<br>　　　　　　　　Defendants. | Case No.  1:10-CV-00411 LJO SKO<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS AND FOR A ONE WEEK CONTINUANCE OF THE HEARING RE SAME**<br><br>**AND ORDER THEREON**<br><br>Date: August 24, 2010<br>Time: 8:30 a.m.<br>Ctrm: 4  (Hon. Lawrence J. O'Neill)<br><br>Action Filed:  March 8, 2010<br><br>Trial Date:    TBD |

　　　　WHEREAS, on July 26, 2010, Defendants PROXIMO SPIRITS, INC. and AGAVERA CAMICHINES, S.A. DE C.V. ("Defendants"), filed a motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), setting a hearing date of August 24, 2010;

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS AND FOR A ONE WEEK CONTINUANCE OF THE HEARING RE SAME AND PROPOSED ORDER THEREON
1

1    WHEREAS, on August 10, 2010, Plaintiff E. & J. Gallo Winery ("Plaintiff") filed
2 its opposition to the motion to dismiss;

3    WHEREAS, Defendants' reply memorandum is currently due to be filed on
4 August 17, 2010, and oral argument on the motion has been set for August 24, 2010;

5    WHEREAS, one of Defendants co-lead counsel has suffered significant leg and
6 knee injuries in a motor vehicle accident, and another co-lead counsel has a foot injury that has
7 required his being out of the office for several days in the past week while receiving such
8 treatment;

9    WHEREAS, Plaintiff field significant opposition papers (19 separate .PDF files)
10 that require substantial time and effort in formulating a reply which is not available to
11 Defendants' counsel given the present circumstances;

12    WHEREAS, Plaintiff's counsel has indicated that it would not object to an
13 extension of the reply and hearing dates of not longer than one week upon a showing of good
14 cause by Defendants to the satisfaction of the court; and

15    WHEREAS, Defendants submit the above facts establish good cause for the
16 requested extension of one week, which is not expected to significantly impact the timing of this
17 case, and there have been no prior requests for extensions by the parties with respect to this
18 motion.

19    NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND
20 AGREED TO by and between the parties, that the time for Defendants to file their Reply
21 Memorandum of Law (and any supporting documentation) in Support of Their Motion to
22 Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) shall be extended from
23 **August 17, 2010** to and including **August 24, 2010**.

24    IT IS FURTHER STIPULATED, CONSENTED, AND AGREED TO by and
25 between the parties, that the hearing which has been set by the Court for argument on
26 Defendants Motion to Dismiss for **August 24,** 2010 shall be rescheduled with the Court's
27 permission to **August 31, 2010 at 8:30am.**

28 /s/

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT
OF THEIR MOTION TO DISMISS AND FOR A ONE WEEK CONTINUANCE OF THE HEARING RE SAME
AND PROPOSED ORDER THEREON
2

DATED: August 16, 2010          Respectfully submitted,

KIMBLE, MacMICHAEL & UPTON
Mark D. Miller

ABELMAN FRAYNE & SCHWAB

_____/ Anthony A. Coppola/_____
Michael Aschen
Anthony A. Coppola

*Attorneys for Defendants*

- and -

Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

_____/D. Greg Durbin/_____
D. Greg Durbin
Daniel S. Cho

HARVEY SISKIND LLP
D. Peter Harvey
Seth I. Appel

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: August 16, 2010          /s/ Lawrence J. O'Neill_____
                                LAWRENCE J. O'NEILL
                                UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS AND FOR A ONE WEEK CONTINUANCE OF THE HEARING RE SAME AND PROPOSED ORDER THEREON

3

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489