1  D. GREGORY DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:  (559) 433-2300
   Greg.Durbin@mccormickbarstow.com
6

7  D. PETER HARVEY (SBN 55712)
   SETH I. APPEL (SBN 233421)
8  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
9  San Francisco, California 94111
   Telephone:  (415) 354-0100
10 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
11 sappel@harveysiskind.com

12
   Attorneys for Plaintiff
13 E. & J. Gallo Winery

14                  **UNITED STATES DISTRICT COURT**

15                  **EASTERN DISTRICT OF CALIFORNIA**

16                           **FRESNO DIVISION**

17

18 E. & J. GALLO WINERY, a California          Case No. 1:10-CV-00411 LJO JLT
   corporation,
19                                             **STIPULATION AND ORDER RESETTING**
                  Plaintiff,                   **SCHEDULE FOR JURISDICTIONAL**
20 v.                                          **DISCOVERY**

21 PROXIMO SPIRITS, INC., a Delaware
   corporation; AGAVERA CAMICHINES, S.A.
22 DE C.V., a Mexico corporation; and DOES 1-25,

23                Defendants.

24

25       Plaintiff E. & J. Gallo Winery ("Gallo") and defendants Proximo Spirits, Inc. "Proximo") and

26 Agavera Camichines, S.A. de C.V. ("Agavera Camichines"), through their respective counsel, hereby

27 stipulate as follows:

28
                                        -1-
   STIPULATION AND [PROPOSED] ORDER                            Case No. 1:10-CV-00411 LJO JLT
   RESETTING SCHEDULE FOR JURISDICTIONAL DISCOVERY

1. In response to the Court's Order dated August 26, 2010 ("Order"), the parties have been cooperating to conduct jurisdictional discovery. Gallo has propounded an initial set of written discovery, and the parties are negotiating the terms of a proposed stipulated protective order.

2. Gallo also noticed depositions under Rule 30(b)(6) of the Federal Rules of Civil Procedure of witnesses from Proximo and Agavera Camichines. The parties have agreed that both of these depositions shall take place in New York City. Defendants have offered to make the Agavera Camichines witness available for deposition in New York on October 27, 2010.

3. The Order presently requires Gallo to submit its amended opposition regarding jurisdictional discovery no later than October 27, 2010, and defendants to file their responsive brief no later than November 10, 2010. In order to accommodate the schedule for the FRCP 30(b)(6) depositions, the parties respectfully request the Court to reset the dates for their supplemental briefs by three weeks. The parties have agreed, and respectfully request the Court to order, that Gallo's supplemental brief will now be due on or before November 17, 2010 and defendants' brief shall be due to be filed and served no later than December 1, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: September 27, 2010

McCORMICK BARSTOW LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

By:   /s/ D. Peter Harvey

Attorneys for Plaintiff
E. & J. Gallo Winery

-2-

DATED:  September 27, 2010       KIMBLE, MacMICHAEL & UPTON
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By:     /s/ Michael Aschen

Attorneys for Defendants
PROXIMO SPIRITS, INC., and
AGAVERA CAMICHINES, S.A. DE C.V.

**IT IS SO ORDERED THIS 28th DAY OF September, 2010.**

                       /s/ Lawrence J. O'Neill
                The Honorable Lawrence J. O'Neill
                United States District Court Judge