1  D. GREGORY DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:  (559) 433-2300
   Greg.Durbin@mccormickbarstow.com
6
7  D. PETER HARVEY (SBN 55712)
   SETH I. APPEL (SBN 233421)
8  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
9  San Francisco, California 94111
   Telephone:  (415) 354-0100
10 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
11 sappel@harveysiskind.com
12
   Attorneys for Plaintiff
13 E. & J. Gallo Winery

14                     **UNITED STATES DISTRICT COURT**

15                     **EASTERN DISTRICT OF CALIFORNIA**

16                             **FRESNO DIVISION**

17

18 | E. & J. GALLO WINERY, a California corporation, | Case No. 1:10-CV-00411 LJO JLT |

19 | Plaintiff, | **STIPULATION AND  ORDER FURTHER RESETTING SCHEDULE FOR JURISDICTIONAL DISCOVERY** |

20 | v. | |

21 | PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25, | |

23 | Defendants. | |

24

25     Plaintiff E. & J. Gallo Winery ("Gallo") and defendants Proximo Spirits, Inc. ("Proximo") and

26 Agavera Camichines, S.A. de C.V. ("Agavera Camichines") (collectively, "Defendants"), through

27 their respective counsel, hereby stipulate as follows:

28
-1-

1.   In response to the Court's Order to Stay Defendants' Motion to Dismiss and Allow Plaintiff to Conduct Limited Discovery [Docket No. 39], dated August 26, 2010 ("Order"), the parties have been cooperating to conduct jurisdictional discovery.  Gallo has propounded written discovery, defendants have responded and twice supplemented their responses to that discovery; and the parties are negotiating the terms of a proposed stipulated protective order.

2.   Gallo also noticed depositions under Rule 30(b)(6) of the Federal Rules of Civil Procedure of witnesses from Proximo and Agavera Camichines.  The parties agreed that both of these depositions would take place in New York City.  The witness for Proximo appeared and was deposed as originally scheduled on October 28, 2010.  The witness for Agavera Camichines, Cristobal Francisco Mariscal Estrada, a citizen of Mexico, had been scheduled for deposition on October 27, 2010.  However, Mr. Estrada reported on October 25, 2010 that his passport and visa had been stolen from his home in Mexico City.  Since that date, Mr. Estrada has been endeavoring to replace his passport and visa, but has encountered delays. The parties have now agreed that his deposition will proceed on December 1 in Mexico City.

3.   The Stipulation and Order Resetting Briefing Schedule on Jurisdictional Discovery, dated September 30, 2010 [Docket No. 43] presently requires Gallo to submit its supplemental opposition regarding jurisdictional discovery no later than November 17, 2010, and defendants to file their responsive brief no later than December 1, 2010.  In order to accommodate the necessary rescheduling of Agavera Camichines' FRCP 30(b)(6) deposition, the parties respectfully request the Court to reset the dates for their supplemental briefs by two more weeks.  The parties have agreed, and respectfully request the Court to order, as follows:

   a.   Defendants shall present Mr. Estrada for deposition in Mexico City, at a location to be agreed upon, on December 1.

   b.   Gallo's supplemental brief will now be due on or before December 10, 2010.

   c.   Defendants' brief shall be due to be filed and served no later than December 20, 2010.

//

//

-2-

1  Counsel of record so stipulate.

2                                                   Respectfully submitted,

3  DATED: November 16, 2010          McCORMICK BARSTOW LLP
4                                                   D. GREGORY DURBIN

5                                                   HARVEY SISKIND LLP
                                                    D. PETER HARVEY
6                                                   SETH I. APPEL

7
                                                    By:    /s/ D. Peter Harvey
8                                                          _____

9                                                   Attorneys for Plaintiff,
                                                    E. & J. Gallo Winery
10
    DATED: November 16, 2010          KIMBLE, MacMICHAEL & UPTON
11                                                  MARK D. MILLER

12                                                  ABELMAN FRAYNE & SCHWAB
                                                    MICHAEL ASCHEN
13                                                  ANTHONY A. COPPOLA

14
                                                    By:    /s/ Michael Aschen
15                                                         _____

16                                                  Attorneys for Defendants,
                                                    Proximo Spirits, Inc., and
17                                                  Agavera Camichines, S.A. de C.V..

18

19     Pursuant to stipulation, it is **SO ORDERED** this 17 day of November, 2010.

20

21                                                  ____/s/ Lawrence J. O'Neill_____
                                                       The Honorable Lawrence J. O'Neill
22                                                     United States District Court Judge

23

24

25

26

27

28
                                                    -3-