1  D. GREGORY DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:  (559) 433-2300
   Greg.Durbin@mccormickbarstow.com
6
7  D. PETER HARVEY (SBN 55712)
   SETH I. APPEL (SBN 233421)
8  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
9  San Francisco, California 94111
   Telephone:  (415) 354-0100
10 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
11 sappel@harveysiskind.com
12
   Attorneys for Plaintiff
13 E. & J. Gallo Winery

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>           Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>           Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**STIPULATION AND ORDER RE COMMISSION TO TAKE DEPOSITION OF AGAVERA CAMICHINES, S.A. DE C.V., BY CRISTOBAL FRANCISCO MARISCAL ESTRADA (FRCP 30(B)(6))** |

In accordance with the Stipulation and Proposed Order Further Resetting Jurisdictional Discovery dated November 16, 2010, and the Court's Order pursuant thereto dated November 17, 2010, counsel for the parties are preparing to take the deposition of Agavera Camichines, S.A. de C.V. in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure in Mexico City commencing December 1, 2010.  Agavera Camichines, S.A. de C.V. has designated Cristobal

-1-

1  Francisco Mariscal Estrada as its witness for this deposition, to be deposed on the subjects specified
2  in the notice of said deposition.  In order to facilitate the taking of said deposition and to assure full
3  compliance with the requirements of the Hague Convention of 18 March 1970 on the Taking of
4  Evidence Abroad in Civil or Commercial Matters, the parties respectfully request that the Court issue
5  and the Clerk attest the attached Commission directed to consular officials of the United States
6  Embassy in Mexico City.

Respectfully submitted,

DATED:  November 23, 2010

McCORMICK BARSTOW LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

By:      s/D. Peter Harvey

Attorneys for Plaintiff,
E. & J. Gallo Winery

DATED:  November 23, 2010

KIMBLE, MacMICHAEL & UPTON
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By:      s/Michael Aschen

Attorneys for Defendants,
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V..

IT IS SO ORDERED.

Dated:   **November 23, 2010**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

-2-