1 | D. GREGORY DURBIN (SBN 81749)
  | McCORMICK BARSTOW SHEPPARD
2 | WAYTE & CARRUTH LLP
  | 5 River Park Place East
3 | P.O. Box 28912
4 | Fresno, California 93720
  | Telephone: (559) 433-1300
5 | Facsimile: (559) 433-2300
  | Greg.Durbin@mccormickbarstow.com
6 |
7 | D. PETER HARVEY (SBN 55712)
  | SETH I. APPEL (SBN 233421)
8 | HARVEY SISKIND LLP
  | Four Embarcadero Center, 39th Floor
9 | San Francisco, California 94111
  | Telephone: (415) 354-0100
10| Facsimile: (415) 391-7124
  | pharvey@harveysiskind.com
11| sappel@harveysiskind.com
12|
  | Attorneys for Plaintiff
13| E. & J. Gallo Winery

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**COMMISSION TO TAKE DEPOSITION OF AGAVERA CAMICHINES, S.A. DE C.V., BY CRISTOBAL FRANCISCO MARISCAL ESTRADA (FRCP 30(B)(6))** |

1     **The People of the United States of America to any consul, vice consul or other consular**
2     **official of the United States of America resident in Mexico City, Mexico,**
3     **GREETINGS:**
4     You have been appointed and are authorized in accordance with the Order of the Honorable Jennifer L. Thurston, Magistrate Judge of the United States District Court for the Eastern District of California, to cause to come before you and to testify, under oath or on solemn affirmation, on oral examination in a manner not inconsistent with the laws of Mexico, Defendant Agavera Camichines, S.A. de C.V., pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, via testimony from Cristobel Francisco Mariscal Estrada, Esq., commencing at 9:00 a.m. on December 1, 2010 at the Four Seasons Hotel, Paseo de la Reforma #500, Colonia Juárez, México, D.F., México, as a witness in this action, which is now pending undetermined in the United States District Court for the Eastern District of California.

We do hereby require you, the Commissioner before whom such testimony may be taken, to:

1.     Cause the testimony to be reduced to writing by a duly qualified shorthand reporter;

2.     Request the person examined to read the written record of his testimony and to subscribe his name at the end of it if he finds it accurately to reflect his testimony;

3.     Close this written record under your hand and seal directed to the Clerk, United States District Court for the Eastern District of California, Fresno Division, United States Courthouse, 2500 Tulare Street, Fresno, California, as soon as convenient after execution of this commission; and

4.     Return the record with the title and number of this action and the notation, "Deposition of Defendant Agavera Camichines, S.A. de C.V., upon testimony of Cristobel Francisco Mariscal Estrada, Esq." endorsed on the envelope, by registered or certified mail to the Clerk of this Court.

///

1   The testimony of this witness will be taken in accordance with the attached Notice of Taking
2   Deposition of Agavera Camichines, S.A. de C.V., and pursuant Rule 30(b)(6) of the Federal Rules of
3   Civil Procedure.
4   Witness, the Honorable Jennifer L. Thurston, Magistrate Judge of the United States District
5   Court for the Eastern District of California, this 23rd day of November, 2010.

_____
The Honorable Jennifer L. Thurston
United States Magistrate Judge
for the Eastern District of California

Attest:

A. LEON GUERRERO
_____
Deputy Clerk of the Court
United States District Court
for the Eastern District of California

-2-

COMMISSION TO TAKE DEPOSITION OF
AGAVERA CAMICHINES, S.A. DE C.V.

Case No. 1:10-CV-00411 LJO JLT