1  D. GREG DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
   Fresno, California 93720
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5  Greg.Durbin@mccormickbarstow.com

6  D. PETER HARVEY (SBN 55712)
   SETH I. APPEL (SBN 233421)
7  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
8  San Francisco, California 94111
   Telephone:  (415) 354-0100
9  Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
10 sappel@harveysiskind.com

11 Attorneys for Plaintiff
   E. & J. Gallo Winery

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>　　　　　　　Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER SEALING DOCUMENTS** |

Plaintiff E. & J. Gallo Winery ("Gallo") has requested that portions of certain documents be filed under seal pursuant to Local Rule 141.  The Court having considered Gallo's request, and good cause appearing therefor, it is accordingly **ORDERED** that:

Gallo's request is **GRANTED**.

The complete versions of the following documents will be filed under seal, while redacted versions of these documents will be publicly available:

1. E. & J. GALLO WINERY'S AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

2. DECLARATION OF D. PETER HARVEY IN SUPPORT OF E. & J. GALLO WINERY'S AMENDED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**IT IS SO ORDERED.**

Dated:  December 16, 2010          /s/ Lawrence J. O'Neill\_\_\_\_\_
                                   The Honorable Lawrence J. O'Neill
                                   United States District Judge