MARK D. MILLER  116349
MARCUS N. DiBUDUO  258684
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Michael Aschen (admitted *pro hac vice*)
Anthony A. Coppola (admitted *pro hac vice*)
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190

Attorneys for Defendants
PROXIMO SPIRITS, INC., and
AGAVERA CAMICHINES, S.A. DE C.V.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,  Plaintiff,  v.  PROXIMO SPIRITS, INC., a Delaware Corporation, AGAVERA CAMICHINES, S.A. DE C.V., a Mexican corporation, and DOES 1 – 25,  Defendants. | Case No.  1:10-CV-00411 LJO JLT  **ORDER SEALING DOCUMENTS** |

Defendants Proximo Spirits, Inc. ("Proximo"), and Agavera Camichines S.A. de C.V. ("Agavera") (collectively hereinafter the "Defendants") have requested that portions of a certain document be filed under seal pursuant to Local Rule 141. The Court having considered Defendants' request, and good cause appearing therefor, it is accordingly **ORDERED** that:

Defendants' request is **GRANTED**.

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
NOTICE OF REQUEST TO SEAL DOCUMENTS

1  A complete version of the following document will be filed under seal, while a redacted
2  version of this document will be publicly available:

3  1. DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS'
4  MOTION TO DISMISS

5  **IT IS SO ORDERED.**

6

7  Dated: December 21, 2010          /s/ Lawrence J. O'Neill
                                     The Honorable Lawrence J. O'Neill
8                                    United States District Judge

9  12031.00 - 00225372.001

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
NOTICE OF REQUEST TO SEAL DOCUMENTS