MARK D. MILLER  (CSB# 116349)
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

MICHAEL ASCHEN (admitted *pro hac vice*)
ANTHONY A. COPPOLA (admitted *pro hac vice*)
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190

Attorneys for Defendants
PROXIMO SPIRITS, INC., and
AGAVERA CAMICHINES, S.A. DE C.V.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

* * *

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, </br></br> Plaintiff, </br></br> against </br></br> PROXIMO SPIRITS, INC. a Delaware Corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexican corporation, and DOES 1 – 25, </br> Defendants. | Case No.  1:10-CV-00411 LJO JLT </br></br> **ORDER GRANTING THE DEFENDANTS' MOTION FOR AN EXTENSION OF THEIR TIME TO ANSWER OR MOVE** </br></br> (Doc. 81) |

Pending before this Court is the Motion for a two week Extension of Time To Answer or Move brought by the defendants PROXIMO SPIRITS, INC. ("Proximo"), and AGAVERA CAMICHINES, S.A. DE C.V., ("Agavera") (collectively hereinafter the "Defendants"), with regard to the Complaint of the plaintiff E. & J. Gallo Winery ("Gallo").

Upon consideration of the submissions of the parties to this action in support of and in opposition to the aforesaid Motion:

LAW OFFICES
Kimble, MacMichael
& Upton
A Professional Corporation
5260 North Palm Avenue
Suite  221
P. O. Box 9489
Fresno, CA  93792-9489

---
1
PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THEIR TIME TO ANSWER OR MOVE

**IT IS HEREBY ORDERED:**

Defendants' motion for an extension of time, until Thursday, January 20, 2011, to file their responsive pleading to the Complaint, is **GRANTED**.

In addition, in light of the resolution of Defendants' motion to dismiss, the Scheduling Conference, currently set for March 2, 2011, will be **ADVANCED** to **February 16, 2011 at 9:30 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA.**

Counsel is encouraged to appear by telephone. If they choose to do so, counsel must indicate "Telephonic Appearance" on the face page of their joint scheduling report. A joint scheduling report must be filed and e-mailed to jltorders@caed.uscourts.gov no later than one week in advance of the conference.

To appear by telephone, counsel must arrange a telephone conference call and, once all counsel are on the line, the call should be placed to chambers at (661) 326-6620.

IT IS SO ORDERED.

Dated:   **January 3, 2011**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THEIR TIME TO ANSWER OR MOVE