1  D. GREGORY DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:  (559) 433-2300
   greg.durbin@mccormickbarstow.com
6
7  D. PETER HARVEY (SBN 55712)
   NAOMI JANE GRAY (SBN 230171)
8  MATTHEW A. STRATTON (SBN 254080)
   HARVEY SISKIND LLP
9  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
10 Telephone:  (415) 354-0100
11 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
12 ngray@harveysiskind.com
   mstratton@harveysiskind.com
13
14 Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
   and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.
15

16                    UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18                         FRESNO DIVISION

19
   E. & J. GALLO WINERY, a California          Case No. 1:10-CV-00411 LJO JLT
20 corporation,
                        Plaintiff,             **STIPULATION AND ORDER MODIFYING**
21 v.                                          **CASE SCHEDULE**

22 PROXIMO SPIRITS, INC., a Delaware
23 corporation; AGAVERA CAMICHINES, S.A.
   DE C.V., a Mexico corporation; and DOES 1-25,
24
25                      Defendants.

26 AND RELATED COUNTERCLAIMS

27

28

STIPULATION AND ORDER                          Case No. 1:10-CV-00411 LJO JLT
MODIFYING CASE SCHEDULE

1       Whereas this matter has been proceeding through discovery in accordance with the Court's

2 Scheduling Order dated February 16, 2011; and

3       Whereas both sides have experienced some unexpected delays in the identification and

4 production of electronic records, necessitating that the parties request a slight adjustment in the lay

5 discovery cut-off date; and

6       Whereas to accommodate personal scheduling issues of counsel, the parties also respectfully

7 request the Court to extend the date to complete expert discovery by two weeks and to extend the

8 settlement conference date by one week; and

9       Whereas there have been no previous requests to the Court to adjust the Scheduling Order;

10       Now, therefore, the parties, through their respective counsel, stipulate and hereby request the

11 Court to adjust the Scheduling Order (Docket No. 89) as follows:

12       1.      The date for completion of all discovery pertaining to non-experts shall be extended

13 from August 5, 2011 to September 2, 2011.

14       2.      The date for completion of all discovery pertaining to experts shall be extended  from

15 October 7, 2011 to October 21, 2011.

16       3.      The settlement conference, currently set for 9:00 a.m. on January 9, 2012, shall be

17 rescheduled to 9:00 a.m. on Monday, January 16, 2012, in Courtroom 6.

18 ///

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER            Case No. 1:10-CV-00411 LJO JLT
MODIFYING CASE SCHEDULE

1        Unless otherwise noted, the deadlines and dates in the existing Scheduling Order are

2 unchanged, including the dates for dispositive motions, pre-trial and trial.

3                                Respectfully submitted,

4 DATED:                          McCORMICK BARSTOW LLP
                                   D. GREGORY DURBIN

5

6                                    HARVEY SISKIND LLP
                                   D. PETER HARVEY

7                                    NAOMI JANE GRAY
                                   MATTHEW A. STRATTON

8

9                                    By:        /s/ D. Peter Harvey

10                                    Attorneys for Plaintiff and Counterdefendant

11                                    E. & J. Gallo Winery and Counterdefendants
                                   Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

12 DATED:                         KIMBLE, MacMICHAEL & UPTON
                                   MARK D. MILLER

13

14                                    ABELMAN FRAYNE & SCHWAB
                                   MICHAEL ASCHEN

15                                    ANTHONY A. COPPOLA

16                                    By:      /s/ Anthony A. Coppola

17                                    Attorneys for Defendants and Counterclaimants

18                                    Proximo Spirits, Inc., and
                                   Agavera Camichines, S.A. de C.V..

19

20

21                                      **<u>ORDER</u>**

22       Good cause appearing, the Court GRANTS the amendment to the scheduling order.

23

24

25 IT IS SO ORDERED.

26

27     Dated:   **July 3, 2011**                      **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

28                                          -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
MODIFYING CASE SCHEDULE

Case No. 1:10-CV-00411 LJO JLT