# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROXIMO SPIRITS, INC., et al,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00411 LJO JLT<br><br>AMENDED ORDER GRANTING REQUEST TO SEAL DOCUMENTS RELATED JOINT STATEMENT RE DISCOVERY DISAGREEMENT<br><br>(Doc. 170) |

　　Before the Court is the Request to Seal Documents related to the current discovery dispute (Doc. 173). (Doc. 170) To make the determination whether documents should be sealed, the Court must evaluate whether "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp., 307 F.3d 1206, 1213 (9th Cir. 2002))

　　Here, the document at issue is a "complaint log" attached as Exhibit I to the Declaration of Matthew Stratton. Notably, this document contains information that is not publically available related to the quality of the packaging and other quality control issues for products in Defendants' line. Because the entire exhibit is made up of confidential information not

1 otherwise available or known to the public, the Court finds that the need to maintain the
2 confidentiality of this material, outweighs the need for public disclosure. Therefore, as to these
3 materials, the motion is **GRANTED**.

4     Therefore, good cause appearing,

5     1.    The Court **ORDERS** the following to be **SEALED**:

6         a.    Exhibit I to the declaration of Matthew Stratton.

7     2.    The Clerk of the Court is **DIRECTED** to file this Exhibit under seal.

8     3.    The moving party is **ORDERED** to file electronically a redacted copy of the
9         material ordered **to be sealed** by 5:00 p.m. PST on November 23, 2011.

10 IT IS SO ORDERED.

11 Dated: **November 22, 2011**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE