1 | D. GREGORY DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
2 | WAYTE & CARRUTH LLP
5 River Park Place East
3 | P.O. Box 28912
4 | Fresno, California 93720
Telephone:  (559) 433-1300
5 | Facsimile:  (559) 433-2300
greg.durbin@mccormickbarstow.com
6 |
7 | D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
8 | MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
9 | Four Embarcadero Center, 39th Floor
San Francisco, California 94111
10 | Telephone:  (415) 354-0100
11 | Facsimile:  (415) 391-7124
pharvey@harveysiskind.com
12 | ngray@harveysiskind.com
mstratton@harveysiskind.com
13 |
14 | Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>    Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT [CIVIL L.R. 260]**<br><br>**REDACTED**<br><br>**Hearing Date:**  January 24, 2012<br>**Time:** 8:30 a.m.<br>**Before:**  Hon. Lawrence J. O'Neill |

1       Pursuant to Eastern District of California Civil Local Rule 260 and section V of the

2 Scheduling Order herein, the parties jointly submit the following Joint Statement of Undisputed Facts

3 in Support of Gallo's Motion for Summary Judgment.

4                                 **The Parties**

5       1.      Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo") is a California

6 corporation with its principal place of business in Modesto, California. (Compl. ¶ 4; Answer ¶ 4.)

7       2.      Defendant Proximo Spirits, Inc. ("Proximo") is a Delaware corporation with its

8 principal place of business in Jersey City, New Jersey. (Answer ¶ 5.)

9       3.      Defendant Agavera Camichines, S.A. de C.V. ("Agavera") is a Mexico corporation

10 with its principal place of business in Jalisco, Mexico. (Compl. ¶ 6; Answer ¶ 6.)

11       4.      Counterdefendant Tequila Supremo, S.A. de C.V. ("Tequila Supremo") is a Mexico

12 corporation with a place of business in Arandas, Jalisco, Mexico. (Countercl. ¶ 43; Am. Answer to

13 Counterclaim ¶ 13.)

14       5.      Counterdefendant Ecco Domani USA, Inc. ("Ecco") is a corporation organized and

15 existing under the laws of California. (Countercl. ¶ 41; Am. Answer to Countercl. ¶ 11.)

16       6.      Neither Alto Spirits, Ltd. or Casa Tequilera Casco Viejo, S.A. de C.V. is a separate

17 legal entity. Rather, Alto Spirits, Ltd. is a fictitious business name of Gallo and Ecco Domani, and

18 Casa Tequilera Casco Viejo, S.A. de C.V is a fictitious business name of Tequila Supremo. (Am.

19 Answer to Countercl. ¶¶ 9-10, 16.)

20                            **The Parties' Products**

21       7.      Tequila Supremo distills and bottles Familia Camarena Tequila ("Camarena") in

22 Mexico. (Countercl. ¶ 44; Am. Answer to Countercl. ¶ 14.)

23       8.      Gallo participates in the importation of Camarena into the United States. (Countercl. ¶

24 37; Am. Answer to Countercl. ¶ 7.)

25       9.      Camarena is a 100% pure agave tequila. (Declaration of Gerard Thoukis in Support of

26 Counterdefendants' Motion for Summary Judgment ("Thoukis Decl.") ¶ 5.)

27       10.     Gallo distributes two types of Camarena in the United States: Silver and Reposado.

28

-1-

1  (Thoukis Decl. ¶ 7.)

2      11.      Proximo is the exclusive United States distributor of 1800 tequila ("1800").

3  (Countercl. ¶ 33; Am. Answer to Countercl. ¶ 3.)

4      12.      Proximo distributes various 1800 tequilas in the United States, including, but not

5  limited to, 1800 Silver, 1800 Reposado and 1800 Añejo tequila.  (Declaration of Naomi Jane Gray in

6  Support of Counterdefendants' Motion for Summary Judgment ("Gray Decl.") Exh. B-3 at 98:9-

7  99:15.)

8                    **The Parties' Respective Trade Dress**

9      13.      A true and correct photograph of an 1800 Silver bottle is annexed hereto as Exhibit A.

10     14.      A true and correct photograph of an 1800 Reposado bottle is annexed hereto as

11  Exhibit B.

12     15.      A true and correct photograph of an 1800 Añejo bottle is annexed hereto as Exhibit C.

13     16.      A true and correct photograph of the Camarena Silver bottle is annexed hereto as

14  Exhibit D.

15     17.      A true and correct photograph of the Camarena Reposado bottle is annexed hereto as

16  Exhibit E.

17     18.      In 2010, certain elements of the 1800 trade dress were changed.  (Gray Decl. Exh. B-2

18  at 40:24-45:8.)

19     19.      A true and correct photograph of the 1800 Silver bottle reflecting the new trade dress

20  is annexed hereto as Exhibit F.

21     20.      A true and correct photograph of the 1800 Reposado bottle reflecting the new trade

22  dress is annexed hereto as Exhibit G.

23     21.      A true and correct photograph of the 1800 Añejo bottle reflecting the new trade dress

24  is annexed as Exhibit H.

25     22.      The 1800 Anejo product is the only 1800 product that currently uses a wooden top in

26  the United States.  (Gray Decl. Exh. B-2 at 56:9-15.)

27  //

28                          -2-

**The Parties' Sales in the United States**

23.    Proximo began distributing 1800 for Agavera in 2008. (Gray Decl. Exh. A at 101:5-7.)

24.    Gallo began distributing Camarena in the United States in March, 2010. (Thoukis Decl. ¶ 6.)

25.    Certain tequila industry analysts divide the tequila market into three segments: value tequila, sold at $12.99 and under; premium tequila, sold at $13-$19.99; and superpremium or ultrapremium tequila, sold at $20 and over. (Gray Decl. Exh. O at D15, Exh. S. at D1356, Exh. T at D1508, Exh. EE at D5254, Exh. FF at 5238.)

26.    None of the parties is aware of any actual consumer confusion between the parties' tequila products. (Gray Decl. Exh. A at 127:11-129:6, Exh. B-2 at 247:4-10, Exh. D at 3-4, Exh. E at 3-4; Thoukis Decl. ¶ 15.)

27.    Gallo has no plans to expand its Camarena tequila offerings into the super-premium or ultra-premium tequila market segments. (Thoukis Decl. ¶ 7.)

**The Relationship Between Agavera and Proximo**

28.    Agavera and Proximo are separate companies with no direct corporate relationship. (Gray Decl. Exh. B-1 at 15:17-16:13.)

29.    Agavera has not entered into a written license agreement with Proximo regarding the 1800 trade dress. (Gray Decl. Exh. A at 36:6-22, Exh. B-1 at 21:11-22:9, 22:14-24.)

30.    Agavera entered into a single written agreement regarding the 1800 trade dress, namely, a license with Casa Cuervo, the producer of 1800 tequila, that expired nearly six years ago. A true and correct copy of that license is attached hereto as Exhibit I. (Gray Decl. Exh. B-2 at 22:10-20.)

31.    Proximo spent between ███████████████ to advertise 1800 tequila in 2010. (Gray Decl. Exh. B-2 at Proximo 32:24-33:2.)

32.    Proximo advertises 1800 tequila on television, in print, and at sporting events. (Gray Decl. Exh. B-2 at 217:17-221:19; Exhs. N, X-AA, JJ.)

-3-

33. Proximo has a sponsorship deal for 1800 tequila with the New York Knicks via Madison Square Garden. (Gray Decl. Exh. B-2 at 217:17-24, Exh. X.)

34. Proximo has a sponsorship deal for 1800 tequila with the Los Angeles Lakers via Staples Center. (Gray Decl. Exh. B-2 at Proximo 217:17-220:10, Exh. Y.)

35. Proximo features Michael Imperioli, an actor from the television show the *Sopranos*, in television ads for 1800 tequila. (Gray Decl. Exh. B-2 at 220:11-221:19; Exhs. N, Z, II, JJ.)

Dated:                                  Respectfully submitted,

McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
NAOMI JANE GRAY
MATTHEW A. STRATTON

By:    _____

Attorneys for Plaintiff and Counterdefendant
E. & J. Gallo Winery and
Counterdefendants Ecco Domani USA, Inc. and
Tequila Supremo, S.A. de C.V.

SIERRA IP GROUP
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By:    _____

Attorneys for Defendants and Counterclaimants
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V..

JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF          Case No. 1:10-CV-00411 LJO JLT
COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT