# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO, | CASE NO. CV-F-10-411 LJO JLT |
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** (Docs. 191, 217) |
| vs. | |
| PROXIMO SPIRITS, INC. and AGAVERA CAMICHINES, S.A. DE C.V., | |
| Defendants. | |

and related counterclaims.
_____/

Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively "Counterdefendants") have requested that the following documents be filed under seal or in a redacted form pursuant to Local Rule 141:

1. MEMORANDUM IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

2. JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBIT I THERETO;

3. STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBIT I THERETO;

4. DECLARATION OF GERARD THOUKIS IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS A-D THERETO; and

5. EXHIBITS A, B, O-Z, AA-FF, II, AND JJ TO THE DECLARATION OF NAOMI JANE GRAY IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

1  Counterdefendants filed each document in redacted form and emailed an unredacted form to this Court
2  for review. These documents contain information that has been designated trade secret and/or
3  confidential. In addition, Counterdefendants redactions are limited to that material that is covered in
4  the controlling Protective Order. Accordingly, and for good cause appearing, this Court GRANTS
5  Counterdefendants' motion to file the redacted documents identified above.

7  Defendants/Counterplaintiffs Proximo Spirits, Inc. ("Proximo"), and Agavera Camichines S.A.
8  de C.V. ("Agavera") (collectively hereinafter the "Counterplaintiffs") request that the following
9  documents be filed under seal pursuant to Local Rule 141:
10 1.    EXHIBIT 1 TO THE DECLARATION OF ANTHONY A. COPPOLA IN SUPPORT OF
11 DEFENDANTS/COUNTERPLAINTIFFS' MOTION FOR SUMMARY JUDGMENT;
12 2.    EXHIBIT 2 TO THE DECLARATION OF ANTHONY A. COPPOLA IN SUPPORT OF
13 DEFENDANTS/COUNTERPLAINTIFFS' MOTION FOR SUMMARY JUDGMENT;
14 3.    EXHIBIT 10 TO THE DECLARATION OF ANTHONY A. COPPOLA IN SUPPORT OF
15 DEFENDANTS/COUNTERPLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; and
16 4.    EXHIBIT 12 TO THE DECLARATION OF ANTHONY A. COPPOLA IN SUPPORT OF
17 DEFENDANTS/COUNTERPLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.
18 These documents contain information that has been designated trade secret and/or confidential and may
19 be filed under seal pursuant to the controlling Protective Order. Accordingly, and for good cause
20 appearing, this Court GRANTS Counterplaintiffs' request to seal the documents identified above.

23 IT IS SO ORDERED.
24 **Dated:   December 12, 2011**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE