| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | D. GREGORY DURBIN (SBN 81749)<br>McCORMICK BARSTOW SHEPPARD<br>WAYTE & CARRUTH LLP<br>5 River Park Place East<br>P.O. Box 28912<br>Fresno, California 93720<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300<br>Greg.Durbin@mccormickbarstow.com |
| 7<br>8<br>9<br>10<br>11 | D. PETER HARVEY (SBN 55712)<br>NAOMI JANE GRAY (SBN 230171)<br>MATTHEW A. STRATTON (SBN 254080)<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br>pharvey@harveysiskind.com |

**FILED**

DEC 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br>         Plaintiff,<br>v.<br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING SUBMISSION OF PHYSICAL EVIDENCE<br><br>Hearing Date: January 24, 2012<br>Time: 8:30 a.m.<br>Before: Hon. Lawrence J. O'Neill |

Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), and

-1-

File by Fax

Counterclaimants Proximo Spirits, Inc. and Agavera Camichines, S.A. de C.V., through their respective counsel, hereby stipulate that Counterdefendants may lodge with the Court in support of their motion for summary judgment one of each of the following tequila bottles, corresponding to Exhibits A-E in the parties Joint Statement of Undisputed Facts: 1800 Silver, 1800 Reposado, 1800 Añejo, Camarena Silver, Camarena Reposado.

Respectfully submitted,

DATED: December 9, 2011

McCORMICK BARSTOW LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
NAOMI JANE GRAY
MATTHEW A. STRATTON
DONALD A. THOMPSON

By: _____

Attorneys for Plaintiff,
E. & J. Gallo Winery

DATED: December 8, 2011

SIERRA IP GROUP
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By: _____

Attorneys for Defendants,
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V..

Pursuant to stipulation, it is SO ORDERED this 9 day of December, 2011.

_____
The Honorable Lawrence J. O'Neill
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER
PERMITTING SUBMISSION OF PHYSICAL EVIDENCE

Case No. 1:10-CV-00411 LJO JLT