D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Greg.Durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br>Plaintiff,<br>v.<br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br>Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**STIPULATION AND ORDER RE BRIEFING OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Hearing Date**: January 24, 2012<br>**Time**: 8:30 a.m.<br>**Before**: Hon. Lawrence J. O'Neill |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), and

Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A. de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), through their respective counsel, hereby stipulate as follows:

WHEREAS the parties filed motions for summary judgment on December 9, 2011, and

WHEREAS the parties' papers opposing each others' motions for summary judgment are currently due on January 10, 2012, and

WHEREAS the parties agree that additional time to prepare reply briefs on the pending motions would be beneficial to both sides, and both sides are willing to create that additional time, while retaining the existing deadline for reply briefs, by advancing the filing date for opposition papers.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

1. The parties' papers opposing each others' motions for summary judgment shall be filed and served on January 6, 2011.

2. The deadline for the parties to file and serve their reply papers in further support of their own motions for summary judgment shall be unchanged, i.e., it shall remain January 17, 2012.

Respectfully submitted,

DATED: December 29, 2011

McCORMICK BARSTOW LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
NAOMI JANE GRAY
MATTHEW A. STRATTON
DONALD A. THOMPSON

By: /s/ D. Peter Harvey

Attorneys for Plaintiff,
E. & J. Gallo Winery

DATED: December 29, 2011

SIERRA IP GROUP
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By: /s/ Anthony A. Coppola

Attorneys for Defendants,
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V..

IT IS SO ORDERED.

Dated: **January 4, 2012**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE