D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Greg.Durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**STIPULATION AND ORDER RE BRIEFING OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Hearing Date**: January 24, 2012<br>**Time**: 8:30 a.m.<br>**Before**: Hon. Lawrence J. O'Neill |

Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), and

-1-

1  Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A.
2  de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), through their respective
3  counsel, hereby stipulate as follows:

4      WHEREAS the parties filed motions for summary judgment on December 9, 2011, and

5      WHEREAS the parties' papers opposing each others' motions for summary judgment are
6  currently due on January 10, 2012, and

7      WHEREAS the parties agree that additional time to prepare reply briefs on the pending
8  motions would be beneficial to both sides, and both sides are willing to create that additional time,
9  while retaining the existing deadline for reply briefs, by advancing the filing date for opposition
10 papers.

11     NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

12     1.   The parties' papers opposing each others' motions for summary judgment shall be
13 filed and served on January 6, 2011.

14     2.   The deadline for the parties to file and serve their reply papers in further support of
15 their own motions for summary judgment shall be unchanged, i.e., it shall remain January 17, 2012.

16                              Respectfully submitted,

17 DATED: December 29, 2011        McCORMICK BARSTOW LLP
18                                 D. GREGORY DURBIN

19                                 HARVEY SISKIND LLP
                                   D. PETER HARVEY
20                                 NAOMI JANE GRAY
21                                 MATTHEW A. STRATTON
                                   DONALD A. THOMPSON
22

23                                 By:   /s/ D. Peter Harvey
                                       _____
24                                 Attorneys for Plaintiff,
                                   E. & J. Gallo Winery
25

26 DATED: December 29, 2011        SIERRA IP GROUP
                                   MARK D. MILLER
27

-2-

1  Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A.
2  de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), through their respective
3  counsel, hereby stipulate as follows:

4       WHEREAS the parties filed motions for summary judgment on December 9, 2011, and

5       WHEREAS the parties' papers opposing each others' motions for summary judgment are
6  currently due on January 10, 2012, and

7       WHEREAS the parties agree that additional time to prepare reply briefs on the pending
8  motions would be beneficial to both sides, and both sides are willing to create that additional time,
9  while retaining the existing deadline for reply briefs, by advancing the filing date for opposition
10 papers.

11      NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

12      1.   The parties' papers opposing each others' motions for summary judgment shall be
13 filed and served on January 6, 2011.

14      2.   The deadline for the parties to file and serve their reply papers in further support of
15 their own motions for summary judgment shall be unchanged, i.e., it shall remain January 17, 2012.

16                                  Respectfully submitted,

17 DATED:  December 29, 2011        McCORMICK BARSTOW LLP
18                                  D. GREGORY DURBIN

19                                  HARVEY SISKIND LLP
                                    D. PETER HARVEY
20                                  NAOMI JANE GRAY
21                                  MATTHEW A. STRATTON
                                    DONALD A. THOMPSON
22

23                                  By:   /s/ D. Peter Harvey
                                        _____
24                                  Attorneys for Plaintiff,
                                    E. & J. Gallo Winery
25

26 DATED: December 29, 2011         SIERRA IP GROUP
                                    MARK D. MILLER
27

-2-

|   |   |
|---|---|
| 1 | ABELMAN FRAYNE & SCHWAB |
|   | MICHAEL ASCHEN |
| 2 | ANTHONY A. COPPOLA |

By:   /s/ Anthony A. Coppola

Attorneys for Defendants,
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V..

IT IS SO ORDERED.

Dated:   **January 4, 2012**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

-3-