D. GREGORY DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
DONALD A. THOMPSON (SBN 260076)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
dthompson@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>                            Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER SEALING DOCUMENTS** |
| AND RELATED COUNTERCLAIMS | |

1      Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo,

2  S.A. de C.V. and Ecco Domani USA, Inc. (collectively "Counterdefendants") have requested that certain

3  materials be filed under seal pursuant to Local Rule 141.   The Court having considered

4  Counterdefendants' request, and good cause appearing therefor, it is accordingly **ORDERED** that:

5      Counterdefendants' request is **GRANTED**.

6      The following materials will be filed under seal:

7     1.  EXHIBITS A-C TO DECLARATION OF BRIAN PREWITT  IN OPPOSITION TO
8         COUNTERCLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

9

10  IT IS SO ORDERED.

11

12    Dated:  **January 9, 2012**          **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER SEALING DOCUMENTS          Case No. 1:10-CV-00411 LJO JLT