D. GREGORY DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
DONALD A. THOMPSON (SBN 260076)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
dthompson@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER SEALING DOCUMENTS** |

1   Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo,
2   S.A. de C.V. and Ecco Domani USA, Inc. (collectively "Counterdefendants") have requested that certain
3   materials be filed under seal pursuant to Local Rule 141.  The Court having considered
4   Counterdefendants' request, and good cause appearing therefor, it is accordingly **ORDERED** that:

5   Counterdefendants' request is **GRANTED**.

6   The following materials will be filed under seal:

7   1. EXHIBITS A-C TO DECLARATION OF BRIAN PREWITT IN OPPOSITION TO
8      COUNTERCLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

IT IS SO ORDERED.

Dated:   **January 9, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE