**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E & J GALLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROXIMO SPIRITS, INC. and AGAVERA CAMICHINES, S.A. DE C.V.,<br><br>　　　　　Defendants.<br><br>and related counterclaims. | CASE NO. CV-F-10-411 LJO JLT<br><br>**FURTHER ORDER TO SEAL DOCUMENTS** |

　　　　Defendants/Counterplaintiffs Proximo Spirits, Inc. ("Proximo"), and Agavera Camichines S.A. de C.V. ("Agavera") (collectively hereinafter the "Counterplaintiffs") request that the following documents be filed under seal pursuant to Local Rule 141:

1. COUNTERPLAINTIFFS' RESPONSE TO COUNTERDEFENDANTS' STATEMENT OF UNDISPUTED FACTS.

2. COUNTERPLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

3. EXHIBIT 2 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

4. EXHIBIT 3 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

5. EXHIBIT 5 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

6. EXHIBIT 6 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

7. EXHIBIT 7 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

8. EXHIBIT 8 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

9. EXHIBIT 9 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

10. EXHIBIT 10 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

11. EXHIBIT 11 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

12. EXHIBIT 12 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

13. EXHIBIT 13 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

14. EXHIBIT 14 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

15. EXHIBIT 15 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

16. EXHIBIT 16 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

17. EXHIBIT 17 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY

1  JUDGMENT.

2  18. EXHIBIT 18 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO
3  COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

4  19. EXHIBIT 21 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO
5  COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

6  20. EXHIBIT 22 TO THE DECLARATION OF ANTHONY A. COPPOLA IN OPPOSITION TO
7  COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

9  These documents contain information that has been designated trade secret and/or confidential and may
10 be filed under seal pursuant to the controlling Protective Order.  Accordingly, and for good cause
11 appearing, this Court GRANTS Counterplaintiffs' request to seal the documents identified above.

14 IT IS SO ORDERED.

15 **Dated:   January 10, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE