1 | MARK D. MILLER  116349
  | MARCUS N. DiBUDUO 258684
2 | SIERRA IP LAW, PC
  | 6780 N. West Ave., Ste. 102
3 | Fresno, California  93711
  | Telephone:  (559) 436-3800
4 | Facsimile:   (559) 436-4800

5 | Michael Aschen (admitted *pro hac vice*)
  | Anthony A. Coppola (admitted *pro hac vice*)
6 | ABELMAN FRAYNE & SCHWAB
  | 666 Third Avenue
7 | New York, New York 10017
  | Telephone: (212) 949-9022
8 | Facsimile: (212) 949-9190

9 | Attorneys for Defendants/Counterplaintiffs
  | PROXIMO SPIRITS, INC., and
10| AGAVERA CAMICHINES, S.A. DE C.V.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**STIPULATION AND ORDER RE RE-SETTING THE DATE FOR THE SETTLEMENT CONFERENCE**<br><br>**Conference Date**: January 23, 2012<br>**Time:** 9:00 a.m.<br>**Before**: Hon. Jennifer L. Thurston |

-1-

Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A. de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), and Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS a Settlement Conference has been presently scheduled in this matter for January 23, 2012 at 9:00 a.m., and

WHEREAS scheduling conflicts have arisen for Counterclaimants' counsel which will impact their ability to appear at the Settlement Conference as presently scheduled;

WHEREAS the parties have conferred with the Court to obtain an alternative date for the Settlement Conference to be held;

WHEREAS the parties' trial counsel agree that they are available to appear at the Settlement Conference with principals if it is rescheduled to February 10, 2012.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

The Settlement Conference currently scheduled for January 23, 2012 at 9:00 a.m. shall be reset to February 10, 2012 at the same time and place.

Respectfully submitted,

DATED: January 11, 2012

SIERRA IP GROUP
MARK D. MILLER

ABELMAN FRAYNE & SCHWAB
MICHAEL ASCHEN
ANTHONY A. COPPOLA

By:   /s/ Anthony A. Coppola

Attorneys for Defendants,
Proximo Spirits, Inc., and
Agavera Camichines, S.A. de C.V.

-2-
STIPULATION AND ORDER
RE RE-SETTING THE DATE FOR THE SETTLEMENT CONFERENCE                        Case No. 1:10-CV-00411 LJO JLT

DATED: January 11, 2012

McCORMICK BARSTOW LLP
D. GREGORY DURBIN

HARVEY SISKIND LLP
D. PETER HARVEY
NAOMI JANE GRAY
MATTHEW A. STRATTON
DONALD A. THOMPSON

By:   /s/ D. Peter Harvey

Attorneys for Plaintiff,
E. & J. Gallo Winery

## ORDER

Based upon the foregoing and the telephonic conference held on January 9, 2012 and good cause appearing, the Court ORDERS:

1. The settlement conference currently set on January 23, 2012 is **CONTINUED** to February 10, 2012 at 10:00 a.m. in Courtroom 6 in Fresno, CA;

2. Counsel SHALL e-mail their confidential settlement conference statement that details the topics set forth at pages 5-6 of the scheduling order (Doc. 89), no later than five court days before the conference. In the event that the matter is not in a settlement posture by the time of the continued settlement conference, counsel SHALL file a joint statement in lieu of their confidential settlement conference statements setting forth whether the conference should be vacated or continued to another date.

IT IS SO ORDERED.

Dated:   **January 12, 2012**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE