D. GREGORY DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**REPLY DECLARATION OF NAOMI JANE GRAY IN FURTHER SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date**: January 24, 2012<br>**Time**: 8:30 a.m.<br>**Before**: Hon. Lawrence J. O'Neill |

I, Naomi Jane Gray, declare as follows:

1. I am a member of the law firm Harvey Siskind LLP ("Harvey Siskind"), counsel for the following parties in the above-captioned action: (1) E. & J. Gallo Winery ("Gallo"), the Plaintiff and a Counterdefendant; (2) Ecco Domani USA, Inc., a Counterdefendant; and (3) Tequila Supremo, S.A. de C.V., a Counterdefendant. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth herein.

2. On August 4, 2011, I wrote to counsel for Counterclaimants to request the return or destruction of certain privileged documents that Gallo produced in error. One of the documents that I requested be returned or destroyed is a duplicate of the document annexed as Exhibit 11 to the Declaration of Anthony A. Coppola in Support of Counterclaimants' Opposition to Counterdefendants' Motion for Summary Judgment (the "Coppola Declaration"). A true and correct copy of my August 4, 2011 letter is annexed hereto as Exhibit A.

3. Counsel for Counterclaimants did not respond to this letter.

4. After receiving my letter, counsel for Counterclaimants took the 30(b)(6) deposition of Gallo by its employee, Dante Quarante. During the deposition, counsel for Counterclaimants introduced the document as an exhibit. Mr. Harvey, on behalf of Gallo, noted that the document contained privileged matter and that Gallo had requested its return. Counsel for Counterclaimants did not return the document during the deposition, and proceeded to question the witness with respect to the document. A true and correct copy of excerpts of the Deposition of Dante Quarante are annexed hereto as Exhibit B.

5. My partner, Peter Harvey, repeated this request by letter dated September 2, 2011. Along with the letter, Mr. Harvey produced another copy of the document in question, with the privileged matter redacted. A true and correct copy of Mr. Harvey's September 2, 2011 letter is annexed hereto as Exhibit C.

6. Counsel for Counterclaimants did not respond to Mr. Harvey's September 2, 2011 letter.

-2-
REPLY DECLARATION OF NAOMI JANE GRAY IN SUPPORT OF   Case No. 1:10-CV-00411 LJO JLT
COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Case 1:10-cv-00411-LJO -JLT   Document 263   Filed 01/17/12   Page 3 of 14

1    7.    I sent a third letter to counsel for Counterclaimants requesting return of the document in question on November 3, 2011.  A true and correct copy of my November 3, 2011 letter is annexed hereto as Exhibit D.

8.    Counsel for Counterclaimants did not respond to my November 3, 2011 letter.

9.    On November 9, 2011, I spoke with Mr. Coppola, counsel for Counterclaimants, by telephone regarding this request.  With respect to the document now annexed as Exhibit 11 to the Coppola Declaration, Mr. Coppola stated that he would discuss our request with Mr. Aschen, but he thought that Counterclaimants were "possibly sticking" with their refusal to return the document.  I asked Mr. Coppola to get back to me after conferring with Mr. Aschen.  I have heard nothing further on the subject, and Counterclaimants have not returned the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 17th day of January, 2012, in San Francisco, California.

                                                                */s/ Naomi Jane Gray*
                                                                Naomi Jane Gray

-3-
REPLY DECLARATION OF NAOMI JANE GRAY IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT      Case No. 1:10-CV-00411 LJO JLT

# Exhibit A to
# Reply Declaration of Naomi Jane Gray
# in Further Support of
# Counterdefendants'
# Motion for Summary Judgment

# HARVEY ◼ SISKIND LLP

August 4, 2011

Naomi Jane Gray

**VIA ELECTRONIC MAIL**

Anthony A. Coppola, Esq.
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017-5621

      Re:    *E. & J. Gallo Winery v. Proximo Spirits, Inc., et al.*
             E.D. Cal. Case No. 1:10-cv-00411-LJO-JLT

Dear Mr. Coppola:

    I write to request the return or destruction of certain privileged documents that Gallo produced in error in the above-referenced action. The affected Bates numbers are:

    GAL   000400-431
                 010819-20
                 010825
                 012455
                 012449
                 012447

    Enclosed are redacted copies of the documents in question, with one exception. The exception is GAL 000400-431, which was prepared specifically for the benefit of legal counsel in connection with this litigation. Accordingly, this document, in its entirety, constitutes work product. Kindly return all unredacted copies to me, or certify that you have destroyed such copies.

    Thank you for your cooperation in this matter.

                                  Sincerely,

                                  Naomi Jane Gray

NJG:cl
Enclosures

# Exhibit B to
# Reply Declaration of Naomi Jane Gray
# in Further Support of
# Counterdefendants'
# Motion for Summary Judgment

                                                                    1

                      UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

                              ---oOo---


  E. & J. GALLO WINERY, a California )
  corporation,                       )
                                     )
              Plaintiff,              )
                                     )
         v.                          )No. 1:10-CV-00411 LJO SKO
                                     )
  PROXIMO SPIRITS, INC., a Delaware  )
  corporation; AGAVERA CAMICHINES,   )
  S.A. DE C.V., a Mexico corporation;)
  and DOES 1-25,                     )
                                     )
                                     )
              Defendants.            )
  _____ )



                      DEPOSITION OF DANTE QUARANTE



                 August 12, 2011, at 9:04 a.m.



                 Taken at:

                 MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

  1150 9th Street, Suite 1200

  Modesto, California 95354




                 Before:  ANNE DILLIAN WALTON, CSR No. 13625

                 Pursuant to 30(b)(6) Notice

2

# A P P E A R A N C E S

| | |
|---|---|
| For the Plaintiff: | HARVEY SISKIND LLP |
| | BY:  D. PETER HARVEY, ESQ. |
| | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| | (415) 354-0100 |
| | |
| | E. & J. GALLO WINERY |
| | BY:  KRISTI WILKENS WHALEN, ESQ. |
| | 600 Yosemite Blvd. |
| | Modesto, California 95353 |
| | (209) 341-6349 |
| | |
| For the Defendants: | ABELMAN, FRAYNE & SCHWAB |
| | BY:  MICHAEL ASCHEN, ESQ. |
| | BY:  ANTHONY A. COPPOLA, ESQ. |
| | 666 Third Ave. |
| | New York, NY 10017 |
| | (212) 949-9022 |

1    development of the Camarena bottle design?

2         A.   And I'll give you a broad answer.

3         Q.   That's fine.

4         A.   My job was to lead the creative in the development

5    of the structure.

6         Q.   And would you say that throughout that development

7    process, you were aware of the 1800 Tequila product?

8         A.   We were aware of the brand.

9         Q.   Okay. I'd like to mark as Exhibit 47 a document

10   produced by Gallo with Bates Nos. 3032 through 3033.

11        (Defendants' Exhibit 47 marked for identification.)

12        MR. HARVEY: This was marked yesterday.

13        MR. ASCHEN: Could have been. Yes, it was. You're

14   right. I apologize.

15        THE WITNESS: Well, this is hard to read.

16        MR. HARVEY: This version --

17        MR. ASCHEN: Is it? I'm sorry. You're right. As

18   Mr. Harvey points out, this is also Exhibit 38, so perhaps

19   that copy's a little bit easier to read. There we go. That

20   might be easier.

21        MR. HARVEY: And while we're handing this to the

22   witness, let me just observe, Mike, that there are multiple

23   versions of these meeting notes. One of them suggests that

24   the entry that we looked at yesterday here, and I suspect

25   you're going to want to ask the witness about today, was the

1    result of consultation with counsel.

2         This is one of the three documents, Tony, that we sent

3    you the letter on that asked to have returned. It's a bit of

4    a mystery because there's no reflection here of the fact that

5    counsel was involved in this advice, so I think -- obviously,

6    the document's been identified and discussed in yesterday's

7    deposition. But I think we just need to be cautious because

8    it's just not clear to me from the other version of these

9    meeting notes that we may be treading on advice of counsel.

10   I'll just state that for the record.

11        MR. ASCHEN: Right. Okay. And I hear what you're

12   saying. Can you tell me whether or not -- whether any of the

13   attendees listed on this document were lawyers?

14        MR. HARVEY: The ones that are listed on the face of the

15   document, no.

16        MR. ASCHEN: I appreciate that that doesn't necessarily

17   solve the problem, but I think -- if anything, it complicates

18   the issue.

19        Q.   Mr. Quarante, do you recall seeing this document

20   before?

21        A.   Yes.

22        Q.   Does it reference -- or, I'm sorry. It is

23   identified as meeting notes of a tequila steering committee

24   meeting, I presume; is that correct?

25        A.   Yes.

# Exhibit C to
# Reply Declaration of Naomi Jane Gray
# in Further Support of
# Counterdefendants'
# Motion for Summary Judgment

# HARVEY ◾ SISKIND LLP

September 2, 2011

D. Peter Harvey

**VIA ELECTRONIC MAIL**

Anthony A. Coppola, Esq.
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017-5621

    Re:    *E. & J. Gallo Winery v. Proximo Spirits, Inc., et al.*
            E.D. Cal. Case No. 1:10-cv-00411-LJO-JLT

Dear Tony:

    I write to follow up on the document introduced as Exhibit 38 at the 30(b)(6) deposition of Tequila Supremo (Bates Nos. GAL 3032-3033). We have investigated the status of the document and discovered that, as I suggested at the deposition, a portion of it reflects an expression of legal advice to Gallo. Consequently, we are re-producing the document herewith in redacted form (Bates Nos. GAL 13309-13310), and request that you return all unredacted copies of the document to me, or certify that you have destroyed such copies. Additionally, in the course of investigating the status of the document, we discovered that an email transmittal that accompanied the document when it was originally circulated was inadvertently omitted from our earlier production. Accordingly, we are producing it herewith (Bates No. GAL 13311).

    Thank you for your cooperation in this matter.

                               Sincerely,

                               D. Peter Harvey

DPH:cl
Enclosures

# Exhibit D to
# Reply Declaration of Naomi Jane Gray
# in Further Support of
# Counterdefendants'
# Motion for Summary Judgment

# HARVEY ▫ SISKIND LLP

November 3, 2011

Naomi Jane Gray

**VIA E-MAIL**

Anthony A. Coppola, Esq.
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017

   Re: *E. & J. Gallo Winery v. Proximo Spirits, Inc., et al.*
     E.D. Cal. Case No. 1:10-cv-00411-LJO-JLT

Dear Tony:

  I write in response to your letter dated November 1, 2011, and in follow-up to my letter to you dated August 4, 2011 and Peter Harvey's letter to you dated September 2, 2011. With respect to the documents you requested during Mr. Napper's deposition and then again in your November 1 letter, I am working on getting better copies and expect to be in touch with you shortly.

  In our August 4 and September 2 correspondence, Peter and I requested the return or destruction of various privileged documents that were inadvertently produced. To date, we have not received a response from you to these requests. Please promptly either return these documents or certify that you have destroyed them.

         Sincerely,

         Naomi Jane Gray

NJG:cl