IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROXIMO SPIRITS, INC. and AGAVERA CAMICHINES, S.A. DE C.V.,<br><br>        Defendants.<br><br>and related counterclaims.<br>_____/ | CASE NO. CV-F-10-411 LJO JLT<br><br>**ORDER TO SEAL REPLY DOCUMENTS** |

        Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively "Counterdefendants") have requested that certain materials be filed under seal pursuant to Local Rule 141. Having considered Counterdefendants' request, and good cause appearing, this Court GRANTS Counterdefendants' request to seal. Portions of the following materials will be filed under seal:

1. REPLY IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT; and

2. REPLY STATEMENT OF UNDISPUTED FACTS IN FURTHER SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

1  Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo"), and Agavera Camichines
2  S.A. de C.V. ("Agavera") (collectively hereinafter the "Counterplaintiffs") have requested that certain
3  materials be filed under seal pursuant to Local Rule 141.  Having considered Counterplaintiffs' request,
4  and good cause appearing, this Court GRANTS Counterplaintiffs' request.  Portions of
5  COUNTERPLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR
6  MOTION FOR PARTIAL SUMMARY JUDGMENT shall be filed under seal.
7  IT IS SO ORDERED.

**Dated:   January 18, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE