**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E & J GALLO, | CASE NO. CV-F-10-411 LJO JLT |
| Plaintiff, | **ORDER TO VACATE DATES** |
| vs. | (Doc. 284.) |
| PROXIMO SPIRITS, INC. and AGAVERA CAMICHINES, S.A. DE C.V., | |
| Defendants. | |
| and related counterclaims. / | |

Based on the parties' discussions at the February 10, 2012 settlement conference, this Court VACATES the February 17, 2012 hearing on plaintiff's motion to enter judgment, the March 15, 2012 pretrial conference, and the April 24, 2012 trial. This Court will take no further action on plaintiff's motion to enter judgment, unless the parties otherwise request.

IT IS SO ORDERED.

**Dated:   February 10, 2012**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1