IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | Case No.: 1:10-cv-00411 LJO JLT |
| Plaintiff, | ) ) | ORDER REQUIRING LODGING OF JOINT STATUS REPORT RE: SETTLEMENT |
| v. | ) ) | |
| PROXIMO SPIRITS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

On February 10, 2012, the Court conducted a settlement conference. (Doc. 286) Though the case did not settle, the parties expressed optimism about the settlement prospects and committed to continuing with efforts toward this end. However, clearly, the case has not settled and the Court has not been informed as to the parties' progress.

Therefore, within 14 days of the date of service of this order, the parties are **ORDERED** to lodge a joint status report to JLTOrders@caed.uscourts.gov, setting forth the status of the settlement efforts, the prospects of settling the matter in full and other pertinent details on this topic. At the same time, the parties SHALL file a notice of lodging the joint status report.

IT IS SO ORDERED.

Dated:  **March 20, 2012**                                    /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE