D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
DONALD A. THOMPSON (SBN 260076)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
dthompson@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF THE GALLO PARTIES' MOTION FOR ATTORNEYS' FEES**<br><br>Date: May 30, 2012<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Before: Hon. Lawrence J. O'Neill |

I, Jedediah Wakefied, herby declare:

1. I am a partner at the law firm of Fenwick & West LLP in San Francisco ("Fenwick"). I have personal knowledge of the facts set forth in this declaration, and if called to testify I could and would testify competently to the same.

2. Fenwick is a firm of over 300 attorneys. The firm's Litigation Group has extensive experience and expertise in handling disputes in the areas of copyrights, patents, trade secrets, trademarks, securities, antitrust, employment, tax, and complex commercial litigation. Fenwick's Litigation Group has received extensive recognition, including the following:

- Ranked as First Tier nationally (and in the San Francisco Bay Area) for IP litigation and patent litigation in the "Best Law Firms" guide released by U.S. News & World Report and Best Lawyers in 2011;
- Recognized in 2012 as a "Go-To" Law Firm for Fortune 500 companies in the areas of intellectual property and litigation by American Lawyer Media.;
- Ranked by Vault in 2010 as one of the top 20 U.S. law firms for IP litigation and counseling;
- Ranked by IP Worldwide as one of the top dozen firms that Fortune 500 companies relied on for IP litigation;
- Ranked by Managing Intellectual Property as one of the top five West Coast firms in both IP litigation and IP protection;
- Ranked by World Trademark Review as one of two California firms to achieve the top, or "gold" tier.

3. The hourly rates charged by Fenwick are set so as to be comparable to and competitive with rates generally charged by other full service San Francisco Bay Area law firms for attorneys of similar experience. The range of those hourly rates may be illustrated by the following examples:

   a) <u>Partner with Fifteen Years of Experience</u>. I am a partner with over fifteen years of complex litigation experience. My standard hourly rate is currently $765. In 2011 it was $745. I have handled all variety of trademark disputes—from routine trademark

-1-

enforcement matters to hard-fought litigation in federal court—for well-known brand owners such as Intel, Groupon, Google and Twitter. In 2012, *World Trademark Review* ranked me among the top trademark enforcement and litigation attorneys in California. My professional profile is available at http://www.fenwick.com/professionals/Pages/jedwakefield.aspx.

b) <u>Partner with Twenty-Five Years of Experience</u>. My partner Andrew Bridges is also a member of Fenwick's Litigation Group. Andrew Bridges has 25 years of complex litigation experience in copyright, trademark, advertising, trade secret, consumer protection, unfair competition, licensing, and other commercial law disputes. His standard hourly rate is $865 and in 2011 was $825. In 2012, *World Trademark Review* recognized him as one of the top California lawyers for trademark enforcement and litigation, identifying him as one of only two California lawyers to achieve the "gold" tier in that category. Chambers USA recognized him in band 1 in California for trademarks, copyrights, and trade secrets. The Daily Journal recognized him as one of the Top 75 IP Litigators in California. Mr. Bridges' professional profile is available at http://www.fenwick.com/professionals/pages/andrew-p.-bridges.aspx#.

c) <u>Associate with Six Years of Experience</u>. Sebastian Kaplan is an associate in Fenwick's Litigation Group. His hourly rate is $580 and in 2011 it was $500. Before joining the firm Mr. Kaplan clerked for the Honorable Carlos T. Bea in the U.S. Court of Appeals for the Ninth Circuit. Prior to that he was a litigator at the law firm of Heller Ehrman LLP. Mr. Kaplan graduated from Stanford Law School in 2006. His professional profile is available at http://www.fenwick.com/professionals/Pages/sebastiankaplan.aspx.

d) <u>Paralegal with Two Years of Experience</u>. Sarah Alonto's rate is $160 and in 2011 it was $140.00. Ms. Alonto is a litigation paralegal with 2 years experience.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed San Francisco, California on May 1, 2012.



Jedediah Wakefied