| | |
|---|---|
| 1 | MARK D. MILLER  116349 |
|   | SIERRA IP LAW, PC |
| 2 | 6780 N. West Avenue, Suite 102 |
|   | Fresno, California  93771 |
| 3 | Phone: (559) 436-3800 |
|   | Fax: (559) 436-4800 |
| 4 | |
| 5 | Michael Aschen (admitted *pro hac vice*) |
|   | Anthony A. Coppola (admitted *pro hac vice*) |
| 6 | ABELMAN FRAYNE & SCHWAB |
|   | 666 Third Avenue |
| 7 | New York, New York 10017 |
|   | Telephone: (212) 949-9022 |
| 8 | Facsimile: (212) 949-9190 |
| 9 | Attorneys for Defendants |
|   | PROXIMO SPIRITS, INC., and |
| 10 | AGAVERA CAMICHINES, S.A. DE C.V. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, | Case No. 1:10-CV-00411 LJO JLT |
| Plaintiff, | **STIPULATION AND ORDER RE BRIEFING OF MOTION FOR ATTORNEYS FEES** |
| v. | |
| PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25, | **Hearing Date**: June 26, 2012 |
| | **Time**: 9:00 a.m. (Bakersfield) |
| | **Before**: Hon. Jennifer L. Thurston |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), and Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A. de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), through their respective counsel, hereby stipulate as follows:

-1-

1     WHEREAS Counterdefendants filed a motion for attorneys fees on May 2, 2012, and

2     WHEREAS the Counterclaimants' papers opposing the motion for attorneys' fees are currently due on May 21, 2012, and the hearing on the motion is currently scheduled for June 4, 2012, and

5     WHEREAS several scheduling conflicts currently exist with the current briefing and hearing schedule, and

7     WHEREAS the parties agree that additional time to prepare opposition and reply briefs and amend the hearing date on the pending motion would be helpful, and both sides are willing to create that additional time.

10     NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

11     1.    Counterclaimants' papers opposing the motion for attorneys' fees shall be filed and served on June 4, 2012.

13     2.    Counterdefendants' reply papers in further support of their motion for attorneys' fees shall be filed and served on June 18, 2012.

15     3.    The hearing before the Court on the motion for attorneys' fees shall be heard on June 26, 2012 at 9:00 a.m. in Bakersfield, California.

[SIGNATURES ON FOLLOWING PAGE]

STIPULATION AND ORDER                                                           Case No. 1:10-CV-00411 LJO JLT
RE BRIEFING OF MOTIONS FOR ATTORNEYS' FEES

              Respectfully submitted,

DATED: May 14, 2012    SIERRA IP GROUP
              MARK D. MILLER

              ABELMAN FRAYNE & SCHWAB
              MICHAEL ASCHEN
              ANTHONY A. COPPOLA

              By:  /Anthony A. Coppola/

              Attorneys for Defendants,
              Proximo Spirits, Inc., and
              Agavera Camichines, S.A. de C.V.

DATED:  May 14, 2012   McCORMICK BARSTOW LLP
              D. GREGORY DURBIN

              HARVEY SISKIND LLP
              D. PETER HARVEY
              NAOMI JANE GRAY
              MATTHEW A. STRATTON
              DONALD A. THOMPSON

              By:  /D. Peter Harvey/

              Attorneys for Plaintiff,
              E. & J. Gallo Winery

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The hearing on the motion for fees (Doc. 310), is **CONTINUED** to June 26, 2012, at 9:00 a.m., at the United States Bankruptcy Courtroom located at 1300 18th Street, Bakersfield, California;

///

///

///

STIPULATION AND ORDER            Case No. 1:10-CV-00411 LJO JLT
RE BRIEFING OF MOTIONS FOR ATTORNEYS' FEES

1     2. Counsel may appear by telephone via CourtCall if they alert the Court of their intention to do so by sending an e-mail to JLTOrders@caed.uscourts.gov, no later than June 19, 2012.

IT IS SO ORDERED.

Dated: **May 15, 2012**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE