```
MARK D. MILLER  116349
SIERRA IP LAW, PC
6780 N. West Avenue, Suite 102
Fresno, California  93771
Phone: (559) 436-3800
Fax: (559) 436-4800

Michael Aschen (admitted *pro hac vice*)
Anthony A. Coppola (admitted *pro hac vice*)
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190

Attorneys for Defendants
PROXIMO SPIRITS, INC., and
AGAVERA CAMICHINES, S.A. DE C.V.
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>              Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**STIPULATION AND ORDER RE BRIEFING OF MOTION FOR ATTORNEYS FEES**<br><br>**Hearing Date**: June 26, 2012<br>**Time**: 9:00 a.m. (Bakersfield)<br>**Before**: Hon. Jennifer L. Thurston |

      Plaintiff and Counterdefendant E. & J. Gallo Winery ("Gallo"), Counterdefendants Tequila Supremo, S.A. de C.V. and Ecco Domani USA, Inc. (collectively, "Counterdefendants"), and Defendants and Counterclaimants Proximo Spirits, Inc. ("Proximo") and Agavera Camichines, S.A. de C.V. ("Agavera Camichines") (collectively, "Counterclaimants"), through their respective counsel, hereby stipulate as follows:

-1-

STIPULATION AND ORDER                                Case No. 1:10-CV-00411 LJO JLT
RE BRIEFING OF MOTIONS FOR ATTORNEYS' FEES

1  WHEREAS Counterdefendants filed a motion for attorneys fees on May 2, 2012, and

2  WHEREAS the Counterclaimants' papers opposing the motion for attorneys' fees are
3  currently due on May 21, 2012, and the hearing on the motion is currently scheduled for June 4,
4  2012, and

5  WHEREAS several scheduling conflicts currently exist with the current briefing and hearing
6  schedule, and

7  WHEREAS the parties agree that additional time to prepare opposition and reply briefs and
8  amend the hearing date on the pending motion would be helpful, and both sides are willing to create
9  that additional time.

10  NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

11  1.  Counterclaimants' papers opposing the motion for attorneys' fees shall be filed and
12  served on June 4, 2012.

13  2.  Counterdefendants' reply papers in further support of their motion for attorneys' fees
14  shall be filed and served on June 18, 2012.

15  3.  The hearing before the Court on the motion for attorneys' fees shall be heard on June
16  26, 2012 at 9:00 a.m. in Bakersfield, California.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

DATED: May 14, 2012            SIERRA IP GROUP
                               MARK D. MILLER

                               ABELMAN FRAYNE & SCHWAB
                               MICHAEL ASCHEN
                               ANTHONY A. COPPOLA

                               By:    /Anthony A. Coppola/

                               Attorneys for Defendants,
                               Proximo Spirits, Inc., and
                               Agavera Camichines, S.A. de C.V.

DATED:  May 14, 2012           McCORMICK BARSTOW LLP
                               D. GREGORY DURBIN

                               HARVEY SISKIND LLP
                               D. PETER HARVEY
                               NAOMI JANE GRAY
                               MATTHEW A. STRATTON
                               DONALD A. THOMPSON

                               By:    /D. Peter Harvey/

                               Attorneys for Plaintiff,
                               E. & J. Gallo Winery

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The hearing on the motion for fees (Doc. 310), is **CONTINUED** to June 26, 2012, at 9:00 a.m., at the United States Bankruptcy Courtroom located at 1300 18th Street, Bakersfield, California;

///

///

///

2. Counsel may appear by telephone via CourtCall if they alert the Court of their intention to do so by sending an e-mail to JLTOrders@caed.uscourts.gov, no later than June 19, 2012.

IT IS SO ORDERED.

Dated:   **May 15, 2012**                                **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE