D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
DONALD A. THOMPSON (SBN 260076)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
dthompson@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>                              Defendants. | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER GRANTING GALLO'S REQUEST TO FILE SUPPLEMANTAL DOCUMENTS UNDER SEAL**<br><br>**(DOC. 358)** |
| AND RELATED COUNTERCLAIMS | |

1   Before the Court is the request to seal invoices for services rendered in April and May 2012 and

2   not previously submitted to the Court for consideration in connection with Gallo's motion for attorneys'

3   fees.  (Doc. 358)  Gallo contends the documents should be sealed for several reasons, including the need

4   to protect attorney-client communications, attorney-work product, financial information that would

5   impact counsel's competitive advantage and confidential business information related to Gallo.

6   Generally, documents filed in civil cases are presumed to be available to the public.  EEOC v.

7   Erection Co., 900 F.2d 168, 170 (9th Cir. 1990); see also Kamakana v. City and County of Honolulu, 447

8   F.3d 1172, 1178 (9th Cir.2006); Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th

9   Cir.2003).   Documents may be sealed only when the compelling reasons for doing so outweigh the

10  public's right of access. EEOC at 170.  In evaluating the request, the Court considers the "public interest

11  in understanding the judicial process and whether disclosure of the material could result in improper use

12  of the material for scandalous or libelous purposes or infringement upon trade secrets." Valley

13  Broadcasting Co. v. United States District Court, 798 F.2d 1289, 1294 (9th Cir. 1986). In addition, in

14  trademark/dress matters, attorney billing rates which are not publicly known and are "competitively

15  sensitive," warrant sealing.  China Intl Travel Servs. (USA) v. China & Asia Travel Serv., 2008 U.S.

16  Dist. LEXIS 106622 at *29 (N.D. Cal. Dec. 18, 2008); Mine O'Mine, Inc. v. Calmese, 2012 U.S. Dist.

17  LEXIS 53077 at *10 (D. Nev. Apr. 16, 2012).

18  The Court has reviewed the supplemental invoices submitted by the McCormick Barstow and

19  Harvey Siskind firms.  Once again, nearly every from the McCormick Barstow bills excludes reference

20  to attorney-client communications, attorney-work product information or information that bears on

21  Gallo's trade secrets.  The noted exceptions are ordered SEALED.

22  Again, the Harvey Siskind billing records are replete with entries that reveal information about

23  the attorneys' activities and why the work was done.  Also, there are entries that reveal, to some extent,

24  Gallo's business strategies.  Therefore, as to these records, they will be ordered SEALED.

25  ///

26  ///

27  ///

28

ORDER SEALING DOCUMENTS                                    Case No. 1:10-CV-00411 LJO JLT

1                                      **ORDER**

2          Based upon the foregoing, the Court **ORDERS:**

3          1.      The request to seal the specified portions of the supplemental billing records from

4    McCormick Barstow is **GRANTED**;

5          2.      The request to seal the supplemental billing records from Harvey Siskind is **GRANTED**;

6          3.      The Clerk of the Court is DIRECTED to file these documents, or portions thereof, under

7    seal.

8

9

10

11   IT IS SO ORDERED.

12       Dated:   __**July 9, 2012**__              _____**/s/ Jennifer L. Thurston**
13                                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28