1  D. GREG DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:  (559) 433-2300
   greg.durbin@mccormickbarstow.com
6

7  D. PETER HARVEY (SBN 55712)
   NAOMI JANE GRAY (SBN 230171)
8  DONALD A. THOMPSON (SBN 260076)
   HARVEY SISKIND LLP
9  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
10 Telephone:  (415) 354-0100
   Facsimile:  (415) 391-7124
11 pharvey@harveysiskind.com
12 ngray@harveysiskind.com
   dthompson@harveysiskind.com
13
14 Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
   and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

15              **UNITED STATES DISTRICT COURT**
16              **EASTERN DISTRICT OF CALIFORNIA**
17                    **FRESNO DIVISION**
18

19 | E. & J. GALLO WINERY, a California corporation, | Case No. 1:10-CV-00411 LJO JLT |
20 | Plaintiff, | **ORDER GRANTING GALLO'S REQUEST TO FILE SUPPLEMANTAL DOCUMENTS UNDER SEAL** |
21 | v. | |
22 | PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25, | **(DOC. 358)** |
24 | Defendants. | |
25 | | |
26 | AND RELATED COUNTERCLAIMS | |

1        Before the Court is the request to seal invoices for services rendered in April and May 2012 and
2 not previously submitted to the Court for consideration in connection with Gallo's motion for attorneys'
3 fees. (Doc. 358) Gallo contends the documents should be sealed for several reasons, including the need
4 to protect attorney-client communications, attorney-work product, financial information that would
5 impact counsel's competitive advantage and confidential business information related to Gallo.

6        Generally, documents filed in civil cases are presumed to be available to the public. EEOC v.
7 Erection Co., 900 F.2d 168, 170 (9th Cir. 1990); see also Kamakana v. City and County of Honolulu, 447
8 F.3d 1172, 1178 (9th Cir.2006); Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th
9 Cir.2003). Documents may be sealed only when the compelling reasons for doing so outweigh the
10 public's right of access. EEOC at 170. In evaluating the request, the Court considers the "public interest
11 in understanding the judicial process and whether disclosure of the material could result in improper use
12 of the material for scandalous or libelous purposes or infringement upon trade secrets." Valley
13 Broadcasting Co. v. United States District Court, 798 F.2d 1289, 1294 (9th Cir. 1986). In addition, in
14 trademark/dress matters, attorney billing rates which are not publicly known and are "competitively
15 sensitive," warrant sealing. China Intl Travel Servs. (USA) v. China & Asia Travel Serv., 2008 U.S.
16 Dist. LEXIS 106622 at *29 (N.D. Cal. Dec. 18, 2008); Mine O'Mine, Inc. v. Calmese, 2012 U.S. Dist.
17 LEXIS 53077 at *10 (D. Nev. Apr. 16, 2012).

18        The Court has reviewed the supplemental invoices submitted by the McCormick Barstow and
19 Harvey Siskind firms. Once again, nearly every from the McCormick Barstow bills excludes reference
20 to attorney-client communications, attorney-work product information or information that bears on
21 Gallo's trade secrets. The noted exceptions are ordered SEALED.

22        Again, the Harvey Siskind billing records are replete with entries that reveal information about
23 the attorneys' activities and why the work was done. Also, there are entries that reveal, to some extent,
24 Gallo's business strategies. Therefore, as to these records, they will be ordered SEALED.

25 ///
26 ///
27 ///
28

-1-

ORDER SEALING DOCUMENTS                        Case No. 1:10-CV-00411 LJO JLT

1 | **ORDER**

2 | Based upon the foregoing, the Court **ORDERS:**

3 | 1. The request to seal the specified portions of the supplemental billing records from McCormick Barstow is **GRANTED**;

5 | 2. The request to seal the supplemental billing records from Harvey Siskind is **GRANTED**;

6 | 3. The Clerk of the Court is DIRECTED to file these documents, or portions thereof, under seal.

IT IS SO ORDERED.

Dated:   **July 9, 2012**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE