1  D. GREG DURBIN (SBN 81749)
   McCORMICK BARSTOW SHEPPARD
2  WAYTE & CARRUTH LLP
   5 River Park Place East
3  P.O. Box 28912
   Fresno, California 93720
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5  greg.durbin@mccormickbarstow.com

6
   D. PETER HARVEY (SBN 55712)
7  NAOMI JANE GRAY (SBN 230171)
   DONALD A. THOMPSON (SBN 260076)
8  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
9  San Francisco, California 94111
   Telephone:  (415) 354-0100
10 Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
11 ngray@harveysiskind.com
   dthompson@harveysiskind.com
12

13 Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
14 and Counterdefendants Ecco Domani USA, Inc. and  Tequila Supremo, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>            Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER SEALING DOCUMENTS** |

1    Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo,
2 S.A. de C.V. and Ecco Domani USA, Inc. (collectively the "Gallo Parties") have requested that certain
3 materials be filed under seal pursuant to Local Rule 141.  The Court having considered their request,
4 and good cause appearing therefor, it is accordingly **ORDERED** that:

5    The Gallo Parties' request is **GRANTED**.

6    Portions of the following materials will be filed under seal:

7    1. THE GALLO PARTIES' REPLY TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATION GRANTING MOTION FOR ATTORNEYS' FEES

IT IS SO ORDERED.

Dated:   **August 21, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE