D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. Box 28912
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com

D. PETER HARVEY (SBN 55712)
NAOMI JANE GRAY (SBN 230171)
DONALD A. THOMPSON (SBN 260076)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
ngray@harveysiskind.com
dthompson@harveysiskind.com

Attorneys for Plaintiff and Counterdefendant E. & J. Gallo Winery
and Counterdefendants Ecco Domani USA, Inc. and Tequila Supremo, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>            Plaintiff,<br>v.<br><br>PROXIMO SPIRITS, INC., a Delaware corporation; AGAVERA CAMICHINES, S.A. DE C.V., a Mexico corporation; and DOES 1-25,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:10-CV-00411 LJO JLT<br><br>**ORDER SEALING DOCUMENTS** |

1  Plaintiff and Counterdefendant E. & J. Gallo Winery and Counterdefendants Tequila Supremo,
2 S.A. de C.V. and Ecco Domani USA, Inc. (collectively the "Gallo Parties") have requested that certain
3 materials be filed under seal pursuant to Local Rule 141. The Court having considered their request,
4 and good cause appearing therefor, it is accordingly **ORDERED** that:

5  The Gallo Parties' request is **GRANTED**.

6  Portions of the following materials will be filed under seal:

7  1. THE GALLO PARTIES' REPLY TO DEFENDANTS' OBJECTIONS TO FINDINGS
     AND RECOMMENDATION GRANTING MOTION FOR ATTORNEYS' FEES

IT IS SO ORDERED.

Dated:  **August 21, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE